## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| THE K'S INC., *et al.*, <br><br>                   Plaintiffs, <br><br> v. <br><br> WESTCHESTER SURPLUS LINES INSURANCE COMPANY, <br><br>                   Defendant. | CIVIL ACTION FILE <br><br> NO. 1:20-cv-1724-WMR <br><br> (Consolidated Action) |

## J U D G M E N T

This action having come before the Court, Honorable William M. Ray, II, United States District Judge, for consideration of Defendant's Motion for Judgment on the Pleadings, and the Court having granted said motion, it is

**ORDERED AND ADJUDGED** that the action be, and the same hereby is, **DISMISSED**.

Dated at Atlanta, Georgia this 9th day of December, 2021.

                              KEVIN P. WEIMER
                              CLERK OF COURT

                         By: *s/ Charlotte Diggs*
                                   Deputy Clerk

Prepared, Filed and Entered
In the Clerk's Office
    December 9, 2021
Kevin P. Weimer
Clerk of Court

By: *s/ Charlotte Diggs*
        Deputy Clerk